IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

_____

| | |
|---|---|
| DISABILITY RIGHTS MONTANA and BIG SKY 55+,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>STATE OF MONTANA and CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,<br><br>　　　　　Defendants. | CV-25-48-H-JTJ<br><br><br><br>**ORDER** |

　　　Plaintiffs Disability Rights Montana and Big Sky 55+ having moved to remand the above-captioned case, (Docs. 12, 13), IT IS ORDERED that Plaintiffs' motion, (Doc. 12), is GRANTED. The above-captioned case is REMANDED to the Montana First Judicial District Court. The Clerk is directed to close the case and file and transfer it to the state court.

　　　DATED this 4th day of August 2025.

_____
John Johnston
United States Magistrate Judge